# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145202 & (50)(51)

NADIA AWAD,
     Plaintiff-Appellant,

v

GENERAL MOTORS ACCEPTANCE
CORP (GMAC),
     Defendant-Appellee,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS and ORLANS
ASSOCIATE, P.C.,
     Defendants.

_____

SC:   145202
CoA:  302692
Wayne CC:  01-013011-CK

On order of the Court, it appearing that proceedings in this case are stayed by the filing of a petition in bankruptcy (In re GMAC, Bankruptcy Court for the Southern District of New York, docket No. 12-12020), the case is administratively CLOSED without prejudice and without decision on the merits. Once the stay is no longer in effect, this case may be reopened on the motion of any party filed within 42 days after the date of the order removing the stay.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2012 _____    _____
                                                  Clerk